FILED
08 OCT 10 PM 2:34
RICHARD W. WI...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                 CV 08 80203 MISC VRW

Dirk Alan Fulton - #88404

_____/

### ORDER TO SHOW CAUSE

It appearing that Dirk Alan Fulton has been suspended by the State Bar Court following a criminal conviction effective July 30, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Dirk Alan Fulton
Attorney At Law
555 1st Street, #303
Benicia, CA 94510