FILED

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV 08-80203 MISC VRW

Dirk Alan Fulton,                       ORDER

    State Bar No 88404
_____/

    On October 10, 2008, the court issued an order to show cause (OSC) why Dirk Alan Fulton should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the California State Bar following a criminal conviction, effective July 30, 2008.

    On October 27, 2008, the court received a letter on behalf of Dirk Alan Fulton advising the court that Mr Fulton has resigned from the State Bar, effective October 10, 2008.

    The court now orders Dirk Alan Fulton removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: C 08-80203   MISC VRW

**CERTIFICATE OF SERVICE**

Dirk Alan Fulton,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dirk Alan Fulton
555 First Street, #303
Benicia, CA 94510

**November 24, 2008**

Richard W. Wieking, Clerk

By: *Cora Klein*

**Deputy Clerk**